Form a0ntcsch
(Rev. 6/18)

# UNITED STATES BANKRUPTCY COURT
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

In Re: Raymond Joseph Schneider

Debtor(s)

SSN/TAX ID:
    xxx–xx–1170

Case No.: 1:23–bk–10337

Chapter: 11

Judge: Beth A. Buchanan

**ORDER REGARDING DEFICIENT FILING BY CHAPTER 11 INDIVIDUAL DEBTOR**
**AND SETTING FOURTEEN (14) DAY DEADLINE FOR COMPLIANCE; AND**
**<u>NOTICE OF IMMINENT DISMISSAL OF CASE</u>**

    The above–captioned bankruptcy case was filed without certain forms required by the Bankruptcy Code and/or Federal and Local Rules of Bankruptcy Procedure. See 11 U.S.C §§ 109(h), 342(b), 521(a)(1); Federal Rules of Bankruptcy Procedure 1007; and Local Bankruptcy Rules 1007–1, 1007–2, and 1015–2. Most required official and local forms are available on the court's website (www.ohsb.uscourts.gov), under the tab "Rules & Forms." The following required forms are missing and must be filed **<u>within fourteen (14) days of the petition filing date:</u>**

- ☐ Attorney's certification regarding notice to debtor required by 11 U.S.C. § 342(b) (Official form 101, Part 7)
- ☐ Signature of debtor and certification regarding notice to debtor required by 11 U.S.C. § 342(b) (Official Form 101, Part 7)
- ☐ Explain Your Efforts to Receive a Briefing About Credit Counseling – Debtor (Official Form 101, Part 5)
- ☐ Explain Your Efforts to Receive a Briefing About Credit Counseling – Joint Debtor (Official Form 101, Part 5)
- ☐ Certificate of Credit Counseling – Debtor (certificate is provided by credit counseling agency)
- ☐ Certificate of Credit Counseling – Joint Debtor (certificate is provided by credit counseling agency)
- ☐ Certification of exigent circumstance under 11 U.S.C. § 109(h)(3) (separate sheet attached to Official Form 101)
- ☐ Motion for waiver of credit counseling requirement under 11 U.S.C. § 109(h)(4) (separate motion)
- ☑ Schedule A/B – Property (Official Form 106A/B)
- ☑ Schedule C – The Property You Claim as Exempt (Official Form 106C)
- ☑ Schedule D – Creditors Who Have Claims Secured by Property (Official Form 106D)
- ☑ Schedule E/F – Creditors Who Have Unsecured Claims (Official Form 106 E/F)
- ☑ Schedule G – Executory Contracts and Unexpired Leases (Official Form 106G)

| | |
|---|---|
| ☑ | Schedule H – Your Codebtors (Official Form 106H) |
| ☑ | Schedule I – Your Income; must include an answer to Question 13 (Official Form 106I) |
| ☑ | Schedule J – Your Expenses; must include an answer to Question 24 (Official Form 106J) |
| ☐ | Schedule J–2 – Expenses for Separate Household of Debtor 2 (Official Form 106J–2) |
| ☑ | Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum) |
| ☑ | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) |
| ☑ | Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107) |
| ☑ | Chapter 11 Statement of Your Current Monthly Income (Official Form 122B) |
| ☐ | Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119) |
| ☑ | Statement of Related Cases (Local Bankruptcy Rule Form 1015–2) |
| ☐ | Statement About Your Social Security Numbers (Official Form 121) |
| ☐ | List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 104) |
| ☑ | Verification of List of Creditors (Local Bankruptcy Rule 1007–2; available on the court's website at (www.ohsb.uscourts.gov/pdf–writable–forms) |

**THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE IF THE DEBTOR(S) FAILS TO COMPLY WITH THIS ORDER.**

**PURSUANT TO BANKRUPTCY RULE 2002(a)(4), CREDITORS AND PARTIES IN INTEREST SHALL HAVE TWENTY–ONE (21) DAYS FROM THE ENTRY DATE OF THIS ORDER TO FILE AN OBJECTION TO THE DISMISSAL OF THIS CASE.**

**SO ORDERED.**

Dated: March 3, 2023

*/s/ Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge