**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number
(if known)

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

| # | Creditor | Nature of claim | Claim details | Amount |
|---|---|---|---|---|
| 1 | **Civista**<br>100 East Water Street PO Box 5016<br>Sandusky, OH 44870-2514<br><br>Contact<br>Contact phone | What is the nature of the claim? **Guarantor for Red Corner LLC**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:   -<br>Unsecured claim | | $7,208,000.00 |
| 2 | **Civista**<br>100 East Water Street PO Box 5016<br>Sandusky, OH 44870-2514 | What is the nature of the claim? **Guarantor for Mason RD, LLC**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No | | $2,300,000.00 |

| Debtor 1 | **Raymond Joseph Schneider** | | Case number *(if known)* | |

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**3**

**Civista Bank**
**100 East Water Street PO Box 5016**
**Sandusky, OH 44870-2514**

What is the nature of the claim?  **Guarantor for 9617 Kenwood Road Development, LLC**   $2,946,051.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**4**

**First Federal Savings Bank**
**PO Box 250**
**Washington Court House, OH 43160**

What is the nature of the claim?  **Guarantor for Circle Development of Cincinnati LLC**   $937,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**5**

**First Merchants Bank**
**10333 North Meridian Street #350**
**Indianapolis, IN 46290**

What is the nature of the claim?  **Guarantor for Circle Storage Operating Company I, LLC**   $6,301,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

| Debtor 1 | **Raymond Joseph Schneider** | Case number *(if known)* | |

### 6

**First Merchants Bank**
**10333 North Meridian Street #350**
**Indianapolis, IN 46290**

_____
Contact
_____
Contact phone

**What is the nature of the claim?**   **Guarantor for Circle Storage Operating Company I, LLC**   $5,181,594.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                -
  - Unsecured claim

---

### 7

**First Merchants Bank**
**10333 North Meridian Street #350**
**Indianapolis, IN 46290**

_____
Contact
_____
Contact phone

**What is the nature of the claim?**   **Guarantor for Circle Storage Operating Company I, LLC**   $38,468,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                -
  - Unsecured claim

---

### 8

**General Electric Credit Union**
**10485 Reading Road**
**Cincinnati, OH 45241**

_____
Contact
_____
Contact phone

**What is the nature of the claim?**   **Guarantor for Hyde Park Circle LLC**   $2,900,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                -
  - Unsecured claim

---

### 9

**Heritage Bank**
**1818 Florence Pike**
**Burlington, KY 41005**

**What is the nature of the claim?**   **Guarantor for Techwoods Circle Rd. LLC**   $760,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent

Debtor 1   **Raymond Joseph Schneider**   Case number *(if known)*

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

**10**

**Heritage Bank**
**1818 Florence Pike**
**Burlington, KY 41005**

**What is the nature of the claim?**   **Guarantor for Madison Warehouse, LLC**   **$2,152,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

**11**

**Heritage Bank**
**1818 Florence Pike**
**Burlington, KY 41005**

**What is the nature of the claim?**   **Guarantor for The Gatherings of Blue Ash, LLC**   **$1,776,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

**12**

**Huntington Bank**
**PO Box 89424**
**Cleveland, OH 44101**

**What is the nature of the claim?**   **Guarantor for multiple entities**   **$26,672,435.90**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Debtor 1  **Raymond Joseph Schneider**  Case number *(if known)*

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

| 13 | | What is the nature of the claim? | **Guarantor for Hyde Park Circle LLC** | **$160,000.00** |

**Kemba Credit Union**
**8763 Union Centre Blvd**
**West Chester, OH 45069**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

| 14 | | What is the nature of the claim? | **Guarantor for Hyde Park Circle LLC, Guarantor for Lebanon RD, LLC** | **$500,000.00** |

**LCNB National Bank**
**2 N Broadway St,**
**Lebanon, OH 45036**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

| 15 | | What is the nature of the claim? | **Guarantor for Montclair Investors LTD** | **$2,500,000.00** |

**Minnesota Life Insurance**
**400 Robert Street North**
**Saint Paul, MN 55101-2098**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

Debtor 1   **Raymond Joseph Schneider**                        Case number *(if known)*

### 16

**Rockland Trust Bank**
**288 Union St**
**Rockland, MA 02370**

What is the nature of the claim?   **Guarantor for Boston RD LLC**   $6,840,681.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:                                                   -
  Unsecured claim

Contact
Contact phone

### 17

**Rockland Trust Bank**
**288 Union Street**
**Rockland, MA 02370**

What is the nature of the claim?   **Guarantor for North Shore RD LLC**   $3,100,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:                                                   -
  Unsecured claim

Contact
Contact phone

### 18

**Brad Sandler**
**780 Third Ave 34th Floor**
**New York, NY 10017-2024**

What is the nature of the claim?   **attorney fees**   $26,600.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:                                                   -
  Unsecured claim

Contact
Contact phone

### 19

**Stockyard Bank & Trust**
**1040 East Main Street**
**Louisville, KY 40206**

What is the nature of the claim?   **Guarantor for 5150 East Galbraith Road LLC**   $2,500,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Debtor 1  **Raymond Joseph Schneider**   Case number *(if known)*

|  |  |
|---|---|
|  | **Does the creditor have a lien on your property?** |
| Contact | ■ No |
|  | ☐ Yes. Total claim (secured and unsecured) |
| Contact phone | Value of security:  -  |
|  | Unsecured claim |

| **20** | | | |
|---|---|---|---|
| **Transamerica** <br> P O Box 6146 <br> Florence, KY 41042 | What is the nature of the claim? | **Guarantor for To Life LTD** | **$45,000,000.00** |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:  -
Unsecured claim

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Raymond Joseph Schneider**                    X   _____
**Raymond Joseph Schneider**                                Signature of Debtor 2
Signature of Debtor 1

Date   **March  1, 2023**                                  Date