# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-10337 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| | ) | **Hon. Beth Buchanan** |
| Debtor. | ) | U.S. Bankruptcy Judge |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance in this case on behalf of Andrew R. Vara, United States Trustee for Regions 3 and 9. Please direct service of all correspondence, pleadings, motions, notices, and orders to:

**Ryan S. Lett**
**United States Department of Justice**
**Office of the United States Trustee**
**550 Main Street, Suite 4-812**
**Cincinnati, Ohio 45202**
**ryan.lett@usdoj.gov**

Dated: March 7, 2023

Respectfully Submitted:

Andrew R. Vara
United States Trustee
Regions 3 and 9

By: /s/ Ryan Lett
Ryan S. Lett (Ohio Bar No. 0088381)
Attorney for the U.S. Trustee
United States Department of Justice
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202
Phone: (513) 684-6990
Fax: (513) 684-6994
ryan.lett@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, a copy of the foregoing was served (i) electronically through the Court's ECF System on all ECF participants at the e-mail address registered with the Court, and (ii) on the following by ordinary U.S. Mail addressed to the following:

Raymond J. Schneider
3515 Tiffany Ridge Lane
Cincinnati, Ohio 45241
*Debtor*

By: /s/ Ryan Lett
    Ryan S. Lett (OH #0088381)