UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| In re:  Raymond Joseph Schneider, | : | Case No. 23-10337-BAB |
|  | : | (Judge Beth A. Buchanan) |
| Debtor. | : |  |
|  | : | Chapter 11 |
|  | : |  |
|  | : |  |

MOTION FOR ADMISSION OF WHITNEY L. MOSBY *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Southern District of Ohio Richard Boydston, respectfully seeks permission for Whitney L. Mosby of Dentons Bingham Greenebaum LLP in Indianapolis, Indiana to appear *pro hac vice* in this case and states as follows:

1. Whitney L. Mosby is a partner in the Indianapolis office of Dentons Bingham Greenebaum LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204 (317) 968-5469, whitney.mosby@dentons.com.  She has been practicing law since 2002 and her Indiana state bar number is 23691-49.

2. She has been admitted to practice law before the state and federal courts of the State of Indiana since November 8, 2002.  She remains in good standing to practice before the foregoing courts, is not under any order of disbarment, suspension or any other disciplinary action, nor are any disciplinary actions pending against her in any jurisdiction.

3. She is familiar with and agrees to observe and be bound by the Local Rules.

WHEREFORE, I respectfully request that this Court enter an order granting Whitney Mosby permission to appear in this case *pro hac vice*.

22732017.v1

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (0022360)
Counsel for First Merchants Bank
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, Ohio 45202
Phone:  513.455.7663
Fax:  513.762.7963
richard.boydston@dentons.com

Whitney L. Mosby (*admission pro hac vice being sought*)
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Phone:  (317) 968-5469
Email:  whitney.mosby@dentons.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was served electronically on March 7, 2023 through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

/s/ Richard Boydston
Richard Boydston

22732017.v1