# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **In re:** | Case No. 23-10337 |
| | Chapter 11 |
| **RAYMOND JOSEPH SCHNEIDER,** | |
| | Judge Beth A. Buchanan |
| **Debtor.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Now Comes Douglas Haman, and pursuant to Bankruptcy Rule 9010(b), hereby enters his appearance on behalf of General Electric Credit Union ("Creditor"), a creditor in the above-captioned case. Creditor requests copies of all notices, pleadings, orders, motions, hearings, demands, complaints, petitions, requests, applications and any other documents brought before the Court in this case. In compliance with LBR 9010-1, Counsel certifies that he is admitted to practice before this Court.

Respectfully submitted,

/s/ Wm. Douglas Haman
Douglas Haman (0069781)
LAW OFFICE OF DOUGLAS HAMAN, ESQ., LLC
P.O. Box 14328
Cincinnati, Ohio 45250
[T] 513.702.2112
[E] doughaman@wdhlaw.com
Counsel for Creditor

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023 a true and accurate copy of the foregoing Notice of Appearance and Request for Notice was served on the following registered ECF participants electronically through the court's ECF System at the email address registered with the court:

Office of the U.S. Trustee
ustpregion09.ci.ecf@usdoj.gov
david.austin2@usdoj.gov

Eric W. Goering, Counsel for Debtor
eric@goering-law.com

and the following served via Ordinary U.S. Mail, postage prepaid:

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241
*Debtor in Possession*

/s/ Wm. Douglas Haman
Douglas Haman