**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 8, 2023**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| **RAYMOND JOSEPH SCHNEIDER** ) | **Case No. 23-10337** |
| ) | **Chapter 11** |
| Debtor and Debtor In Possession ) | **Judge Buchanan** |
| ) | |
| _____ ) | |

### ORDER GRANTING MOTION TO EXPEDITE [Docket Number 14] AND SCHEDULING EVIDENTIARY HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE [Docket Number 13]

This matter is before this Court on *The Huntington National Bank's Motion for Entry of an Order Scheduling an Expedited Hearing on The Huntington National Bank's Emergency Motion for Entry of an Order (1) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(A)(1) and (II) Granting Related Relief* ("Motion to Expedite") [Docket Number 14]. In the Motion to Expedite, The Huntington National Bank requests reduced response time and an expedited hearing on its *Emergency Motion for Entry of an Order (1) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(A)(1) and (II) Granting Related Relief* ("Motion to Appoint Chapter 11 Trustee") [Docket Number 13] filed contemporaneously with the Motion to Expedite.

Pursuant to Local Bankruptcy Rule 9073-1 and for good cause shown, the Motion to Expedite is GRANTED and this Court sets a hearing and related deadlines as follows:

**I.      Evidentiary Hearing Date**

The Court hereby sets the Motion to Appoint Chapter 11 Trustee for **evidentiary hearing** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202 on **March 15, 2023 at 10:00 a.m. Eastern Daylight Time.**

All persons attending the hearing shall abide by CDC Guidelines with respect to courthouse entry and face coverings and shall further comply with any additional precautions required by Judge Buchanan (*e.g.*, bring your own face covering in case it is needed).

As an alternative to attendance in-person, parties may choose to attend the hearing telephonically. However, any party attending telephonically is not permitted to present exhibits or examine or cross-examine witnesses. Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Buchanan's *Instructions for Attendance of Telephonic Hearings* located on the Bankruptcy Court's website at: [www.ohsb.uscourts.gov](www.ohsb.uscourts.gov) under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab.

If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

**II.     Objection Deadline**

Any party in interest that seeks to oppose the relief requested in the Motion to Appoint Chapter 11 Trustee may do so by filing an objection not later **March 13, 2023 at 4:00 p.m. Eastern Daylight Time.**

**III.    Witness Lists**

In accordance with LBR 7016-1, **not later than March 13, 2023 at 4:00 p.m. Eastern Daylight Time**, each party shall file with the Court and serve on the other party a witness list containing the identity, address and a brief synopsis of the testimony expected to be elicited from each witness whom a party may call or have available for testimony at the evidentiary hearing, including separately designated expert witnesses. *See* LBR Form 7016-1 Attachment A—Witness List.  Witnesses not timely identified may be precluded from testifying at the evidentiary hearing.

**IV.    Exhibit Lists and Exhibits**

In accordance with LBR 7016-1, **not later than March 13, 2023 at 4:00 p.m. Eastern Daylight Time**, each party shall file with the Court and serve on the other party an exhibit list

together with copies of all exhibits. *See* LBR Form 7016-1 Attachment B—Exhibit List. Prior to filing, each party shall PRE-MARK all exhibits as follows:

> **Debtor:** Numbers (*e.g.*, Debtor Exhibit 1)
> **Creditor:** Letters (*e.g.*, Creditor Exhibit A)

Presentation of all exhibits during evidentiary hearing shall be by means of the Court's electronic display system. If counsel intends to present exhibits electronically from a laptop computer or use of other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Court to ensure security clearance and technical compatibility. Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the evidentiary commencement date. Practice and testing arrangements may be made by contacting Judge Buchanan's Courtroom Deputy.

**V.** **Service Requirements for This Order**

The Huntington National Bank shall serve this Order on the Notice Parties defined in the Motion to Expedite by e-mail or overnight mail within one business day after entry hereof. The Huntington National Bank shall file a Certificate of Service evidencing compliance with the service requirements set forth in this Order. Service on the Notice Parties in accordance with this Order is deemed sufficient and adequate notice under the circumstances and in full compliance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules.

**Should any party fail to appear at the evidentiary hearing or comply with the provisions set forth in this Order, the Court may take such action as provided by law, including granting or denial of the requested relief, or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List