This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.

Dated: March 10, 2023



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE: | Case No. 23-10337 |
| **RAYMOND JOSEPH SCHNEIDER** | Chapter 11 |
| Debtor and Debtor in Possession | Judge Beth A. Buchanan |

### AGREED ORDER CONTINUING EXPEDITED HEARING ON EMERGENCY MOTION TO APPOINT TRUSTEE PURSUANT TO 11 USC 1104(A) (DOC. 13)

By agreement of the parties, the hearing on the Emergency Motion to Appoint Trustee Pursuant to 11 USC 1104(A) is hereby rescheduled from March 15, 2023 at 10:00 a.m. to March 15, 2023 at 1:00 p.m. Eastern Daylight Time.

**SO ORDERED**

*/s/ Chistopher P. Schueller*
Christopher P. Schueller (0086170)
501 Grant Street #200
Pittsburgh, PA  15219
(412) 562-8800
christopher.schueller@bipc.com
Attorney for The Huntington Bank

*/s/ Eric W Goering*
Eric W Goering (0061146)
220 West Third Street, Third Floor
Cincinnati, OH 45202
(513) 621-0912
eric@goering-law.com
Attorney for the Debtor and Debtor in Possession

*/s/ Ryan S. Lett*
Ryan S. Lett (0088381)
550 Main Street Suite 4-812
Cincinnati, Ohio 45202
513-684-6990
Ryan.lett@usdoj.gov
**Assistant U.S. Trustee**


COPIES TO:  DEFAULT LIST