# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 1:23-bk-10337 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Beth A. Buchanan |
| | ) | |

## NOTICE OF TELEPHONIC FIRST MEETING OF CREDITORS

Please take notice that the § 341 Meeting of Creditors scheduled for April 4, 2023, at 1:30 p.m. EST will be held telephonically. Those wishing to participate should send an email (including name, preferred contact information, and name of the party being represented) to U.S. Trustee attorney Ryan Lett to sign in at: Ryan.Lett@usdoj.gov. Interested parties can then participate telephonically at:

Dial-in 1-866-775-6845
Code: 4751660#

Dated: March 13, 2023                    Respectfully Submitted:

                                                                                                       Andrew R. Vara
                                                                                                        United States Trustee
                                                                                                        Regions 3 and 9

                                             by:    /s/ Ryan Lett
                                                                                           Ryan Lett
                                                                                           Attorney for the United States Trustee
                                                                                          United States Department of Justice
                                                                                           Office of the United States Trustee
                                                                                           550 Main Street, Suite 4-812
                                                                                            Cincinnati, Ohio 45202
                                                                                            Voice: (513) 684-6990
                                                                                            E-mail: Ryan.Lett@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>March 13, 2023</u>, a copy of the foregoing NOTICE OF TELEPHONIC FIRST MEETING OF CREDITORS was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court, and (ii) on the following by ordinary U.S. Mail addressed to:

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, Ohio 45241


All creditors listed on the mailing matrix.

                                            <u>/s/ Ryan Lett</u>
                                            Ryan Lett

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-1<br>Case 1:23-bk-10337<br>Southern District of Ohio<br>Cincinnati<br>Mon Mar 13 11:18:20 EDT 2023 | BMW Financial Services NA, LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | The Huntington National Bank<br>Buchanan Ingersoll & Rooney PC<br>ATTN: Christopher Schueller, Esq.<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219-4413 |
| Asst US Trustee (Cin)<br>Office of the US Trustee<br>J.W. Peck Federal Building<br>550 Main Street, Suite 4-812<br>Cincinnati, OH 45202-5212 | Brad Sandler<br>780 Third Ave 34th Floor<br>New York NY 10017-2024 | Christopher Schueller<br>501 Grand Street #200<br>Pittsburgh PA 15219-4413 |
| Civista<br>100 East Water Street PO Box 5016<br>Sandusky OH 44870-2514 | Civista Bank<br>100 East Water Street PO Box 5016<br>Sandusky OH 44870-2514 | First Federal Savings Bank<br>PO Box 250<br>Washington Court House OH 43160-0250 |
| First Merchants Bank<br>10333 North Meridian Street #350<br>Indianapolis IN 46290-1111 | General Electric Credit Union<br>10485 Reading Road<br>Cincinnati OH 45241-2580 | Harold Sosna<br>8008 Deershadow Lane<br>Cincinnati OH 45242-4227 |
| Henry Schneider<br>8110 Plainfield Road<br>Cincinnati OH 45236-2413 | (p)HERITAGE BANK<br>PO BOX 357<br>BURLINGTON KY 41005-0357 | Huntington Bank<br>PO Box 89424<br>Cleveland OH 44101-6424 |
| Kemba Credit Union<br>8763 Union Centre Blvd<br>West Chester OH 45069-1207 | LCNB National Bank<br>2 N Broadway St,<br>Lebanon OH 45036-1787 | Minnesota Life Insurance<br>400 Robert Street North<br>Saint Paul MN 55101-2098 |
| Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell TX 75019-4620 | Rockland Trust Bank<br>288 Union Street<br>Rockland MA 02370-1896 | Stockyard Bank & Trust<br>1040 East Main Street<br>Louisville KY 40206-1888 |
| Transamerica<br>P O Box 6146<br>Florence KY 41022-6146 | Truist Bank<br>214 N tryon Street<br>Charlotte NC 28202-2374 | Eric W Goering<br>220 West Third Street<br>Third Floor<br>Cincinnati, OH 45202-3407 |
| Raymond Joseph Schneider<br>3515 Tiffany Ridge Lane<br>Cincinnati, OH 45241-3810 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Heritage Bank
1818 Florence Pike
Burlington KY 41005

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Merchants Bank          (u)General Electric Credit Union          (u)Henry Schneider

(u)Katherine D Carpenter         (u)Susan M Argo                           End of Label Matrix
                                                                           Mailable recipients    24
                                                                           Bypassed recipients     5
                                                                           Total                  29