# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE: | Case No. 23-10337 |
| Raymond J. Schneider | Chapter 13 |
| Debtor | Judge Beth A. Buchanan |

**WITNESS LIST FOR HEARING ON EMERGENCY MOTION TO APPOINT TRUSTEE (Doc. #13)**

Comes now Raymond J. Schneider, through counsel, and provides his witness list for the Hearing on the Emergency Motion to Appoint Trustee:

    **Witness 1**    **Raymond J. Schneider**

Raymond J. Schneider will testify regarding his history as a Real Estate Developer and his ability to manage his businesses.

    **Witness 2**    **David Wechter**

David Wetcher will testify regarding Raymond Schneider, Harold Sosna, and Huntington Bank.

Dated: 3/13/23

Respectfully submitted,

*/s/Eric W. Goering*
Eric W. Goering 0061146
GOERING & GOERING, LLC
220 West Third Street
Cincinnati, Ohio 45202
(513) 621-0912
eric@goering-law.com

CERTIFICATE OF SERVICE

  I hereby certify that on March 13, 2023, a copy of the foregoing Witness List was served on the following registered ECF participants, electronically through the court's ECF system at the email address registered with the court:

U.S. Trustee
Susan Argo
David Austin
Richard Boydston
Katherine Carpenter
William Haman
Ryan Lett
Christopher Schueller

                */s/Eric W. Goering*
                Eric W. Goering