# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | CASE NO. 23-10337 |
| RAYMOND JOSEPH SCHNEIDER, | Chapter 11 |
| Debtor. | **Hon. Beth Buchanan**<br>U.S. Bankruptcy Judge |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance in this case on behalf of LCNB National Bank. Please direct service of all correspondence, pleadings, motions, notices, and orders to:

**Wm. Robert Kaufman**
**Kaufman & Florence**
**144 East Mulberry Street**
**P.O. Box 280**
**Lebanon, Ohio 45036**
**wrk@kaufmanflorence.com**

Dated: March 15, 2023                     Respectfully submitted:

                                                                          KAUFMAN & FLORENCE

                                                                          */s/ Wm. Robert Kaufman*
                                                                          Wm. Robert Kaufman  (0073791)
                                                                          144 East Mulberry Street
                                                                          P.O. Box 280
                                                                          Lebanon, Ohio  45036
                                                                          513-932-1515 / 513-932-9172 fax
                                                                          wrk@kaufmanflorence.com
                                                                          Attorney for LCNB National Bank

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served this 15th day of March, 2023, a copy of the foregoing Notice electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court.

> Dated: March 15, 2023
>
> Respectfully submitted:
>
> KAUFMAN & FLORENCE
>
> */s/ Wm. Robert Kaufman*
> Wm. Robert Kaufman (0073791)
> 144 East Mulberry Street
> P.O. Box 280
> Lebanon, Ohio 45036
> 513-932-1515 / 513-932-9172 fax
> wrk@kaufmanflorence.com
> Attorney for LCNB National Bank