# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: <br><br> **Raymond Joseph Schneider,** <br><br> Debtor | Chapter 11 <br><br> Case No.: 1:23-bk-10337 (BAB <br><br> Judge Beth A. Buchanan |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned appears as counsel for Civista Bank. ("Civista Bank"), and requests that the undersigned be added to the official mailing matrix and service list in this case. Pursuant to Bankruptcy Code section 342 and Bankruptcy Rules 2002, and 9007, Civista Bank hereby requests that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the undersigned.

Please take further notice that the foregoing request includes, without limitation, notice of orders and notices of any application, complaint, demand, motion, petition, pleading or any other request, and responses to same, whether formal or informal, and whether served, transmitted or conveyed electronically or by mail, hand delivery, telephone, or otherwise filed or made with respect to the above-referenced cases and proceedings therein.

Please take further notice that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, etc. is intended or shall be deemed to waive Civista Bank's right to have a final order in non-core matters entered only after *de novo* review by a U.S. District Court Judge, right to trial by jury for any matter so triable, right have the reference withdrawn or any other rights, all of which are hereby expressly reserved.

Dated: March 16, 2023

                Respectfully submitted,

                */s/ Patricia B. Fugée*
                Patricia B. Fugée (0070698)
                FisherBroyles, LLP
                27100 Oakmead Drive, #306
                Perrysburg, OH 43551
                Telephone: (419) 874-6859
                Fax: (419) 550-1515
                Email: patricia.fugee@fisherbroyles.com
                *Local Counsel for Creditor Civista Bank*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appearance has been served upon all parties participating via the Court's electronic filing system on this 16th day of March, 2023.

                */s/ Patricia B. Fugée*
                Patricia B. Fugée
                *Counsel for Creditor Civista Bank*