# EXHIBIT 90

# RAYMOND SCHNEIDER
## Asset Analysis

| | | | | |
|---|---|---|---|---|
| 3515 Tiffany Ridge Lane<br>Cincinnati, Ohio 45241 | | Value | $ 710,000 | |
| | 1st Mtg.– Mr. Cooper | $ 320,000 | | |
| | Costs | $ 70,000 | | |
| | | | $ 390,000 | |
| | | Equity | $ 320,000 | |
| | | Exemption | $ 161,375 | |
| | | | **Equity** | **$ 158,625** |
| 2409 Chamonix Road<br>Vail CO 81657 | | Value | $ 1,500,000 | |
| | 1st Mtg- Trusist | $ 365,000 | | |
| | Costs | $ 150,000 | | |
| | | | $ 515,000 | |
| | | | **Equity** | **$ 985,000** |
| 2 Fort Lane<br>Kennebunk ME 04043 | | Value | $ 2,700,000 | |
| | 1st Mtg- First Merchant | $ 2,200,000 | | |
| | Costs | $ 200,000 | | |
| | | | $ 2,400,000 | |
| | | Net | $ 300,000 | |
| | | ½ Interest | $ 150,000 | |
| | | | **Equity** | **$ 150,000** |

| | | | | |
|---|---|---|---|---|
| 2021 VW Kitcar | | Value | $ 35,000 | |
| | | **Equity** | | **$ 35,000** |
| Other Vehicles | | Value | $ 23,000 | |
| | | **Equity** | | **$ 23,000** |
| Merrill Roth IRA | | Value | $ 483,106 | |
| | | Exemption | <u>100%</u> | |
| | | **Equity** | | **$ 0** |
| Merrill Brokerage | | Value | $ 137,034 | |
| Merrill Brokerage | | Value | $ 1,502,599 | |
| Merrill Brokerage | | Value | $ 21,390,170 | |
| Merrill Brokerage | | Value | <u>$ 2,712,004</u> | |
| | Total | | $ 25,741,807 | |
| | Margin | | <u>$ 17,084,286</u> | |
| | Net | | $ 8,657,521 | |
| | Gain (Basis $ 10M) | | <u>($ 4,700,000)</u> | |
| | | **Equity** | | **$ 8,657,521** |
| 54 Realty, LTD | | | **Equity** | **$ 0** |
| 72 Ventures, LTD | | | **Equity** | **$ 0** |
| 82 Lafayette Road LLC | | | **Equity** | **$ 0** |
| 747 LLC | | | **Equity** | **$ 240,000** |
| 5150 E Galbraith Rd LLC | | | **Equity** | **$ 0** |
| 9617 Kenwood Road Development, LLC | | | **Equity** | **$ 0** |
| Beechwood Terrace Care Center | | | **Equity** | **$ 0** |
| Boston Rd LLC | | | **Equity** | **$ 4,489,319** |
| Boston Self Storage LLC | | | **Equity** | **$ 0** |
| Circle Development of Cincinnati, LLC | | | **Equity** | **$ 0** |

| | | |
|---|---|---|
| Circle Health Care Operating Co. I, LLC | Equity | $ 0 |
| Circle Health Care Operating Co. II, LLC | Equity | $ 0 |
| Circle Health Care Operating Co. III, LLC | Equity | $ 0 |
| Circle Health Care Operating Co. IV, LLC | Equity | $ 0 |
| Circle Health Care Operating Co. V, LLC | Equity | $ 0 |
| Circle Health Care Operating Co. VI, LLC | Equity | $ 0 |
| Corporate Park Investors, Ltd. | Equity | $ 0 |
| Dana Ventures LTD | Equity | $ 0 |
| Delhi Plaza Associates, Ltd. | Equity | $ 0 |
| East Galbraith Health Care Center, Inc. | Equity | $ 0 |
| EGHC Holdings | Equity | $ 0 |
| Euclid Health Care, INC | Equity | $ 0 |
| Executive Park Investors, Ltd. | Equity | $ 0 |
| Framingham RD LLC | Equity | $ 0 |
| Framingham Red Dog | Equity | $ 0 |
| Grasshopper Investments, LLC (0.5% owner)    Owns Circle Storage Operating Co. I | Equity | $ 11,834 |
| Grasshopper Investments II, LLC | Equity | $ 1,185,000 |
| Hamilton II, LLC | Equity | $ 11,400 |
| Harmony Health Care, Inc. | Equity | $ 0 |
| Horizon Health Management LLC | Equity | $ 0 |
| Horizon Health Management II, LLC | Equity | $ 0 |
| HRM Realty Holding Co LTD | Equity | $ 46,200 |

| | | |
|---|---|---|
| Hyde Park Circle LLC | Equity | $ 3,975,000 |
| JDE Holdings LLC | Equity | $ 0 |
| Keller Road Realty Co., LLC | Equity | $ 0 |
| Kenwood Terrace Health Care | Equity | $ 0 |
| Lebanon RD | Equity | $ 1,800,000 |
| Loveland Red Dog Pet Resort & Spa LLC | Equity | $ 0 |
| Madison Warehouse, LLC<br>    Owns 5027 and 5055 Madison | Equity | $ 0 |
| Mason RD, LLC | Equity | $ 0 |
| Monarch RD LLC | Equity | $ 0 |
| Montclair Investors Ltd | Equity | $ 15,000 |
| New England Self Storage LLC | Equity | $ 0 |
| Northern Kentucky Assisted Living LLC | Equity | $ 2,939,892 |
| Northern Kentucky Retirement Community LLC | Equity | $ 0 |
| Northwest Self Storage LLC | Equity | $ 0 |
| North Shore RD LLC | Equity | $ 0 |
| Pleasant Ridge Realty, LLC | Equity | $ 0 |
| R & T Development, INC | Equity | $ 0 |
| RD Realty I, LLC | Equity | $ 0 |
| Red Corner LLC | Equity | $ 3,950,000 |
| Red Cup Espresso | Equity | $ 0 |
| Red Dog Management Company, LLC | Equity | $ 0 |
| Red Dog Operations Holding Company LLC<br>    Owns 8 LLC's | Equity | $ 372 |

| | | |
|---|---|---|
| RH Real estate Investments LLC | Equity | $ 0 |
| Schneider-Grasshopper INC | Equity | $ 11,834 |
| Seminole Avenue Realty, LLC | Equity | $ 0 |
| Shaya B, LLC | Equity | $ 0 |
| Skipton Kennel and Pet Center | Equity | $ 0 |
| Soft Pouch Equipment LTD | Equity | $ 0 |
| Southbrook Health Care Center, Inc. | Equity | $ 0 |
| Steigler Road Realty, LLC | Equity | $ 0 |
| Sterling Glen Health Center LTD | Equity | $ 0 |
| Sterling Manor LTD | Equity | $ 0 |
| Techwoods Circle Rd. | Equity | $ 0 |
| The Cambridge Health Care Center LTD | Equity | $ 0 |
| The Gatherings of Blue Ash | Equity | $ 74,000 |
| The Red Kitchen, LLC | Equity | $ 0 |
| To Life, Ltd | Equity | $ 1,000,000 |
| Retainers | Equity | $ 108,659 |
| Bank balances | Equity | $ 110,000 |

**Total Equity $ 29,977,656**

# Exhibit 91

# 747 LLC
## Asset Analysis

Ray Schneider- 50%
Hank Schnieder- 50%

**ASSETS:**

        **Vacant Land**          V- 500,000
        **20% Usable**

            Costs     **$ 20,000**

            Net     $ 480,000

            ½ Interest     $ 240,000