**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 12, 2024**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re | |
| | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER | |
| | Case No. 23-10337 |
| Debtor. | |
| | Judge Buchanan |

**ORDER GRANTING HUNTINGTON NATIONAL BANK'S MOTION FOR EXPEDITED HEARING [Docket Number 296] AS IT RELATES TO HUNTINGTON NATIONAL BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO CONTINUE THE STATE COURT APPEAL PROCESS AND REQUEST FOR RULE 4001(A)(3) WAIVER [Docket Number 295]**

Upon the motion (Doc. No. 296) (the "Motion for Expedited Hearing") of Huntington National Bank ("Huntington") for entry of an order (this "Order"), pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9073-1 of the Local Rules of Bankruptcy Procedure for the Southern District of Ohio (the "Local Rules")—

(i) providing for consideration of the *Motion of Huntington National Bank for Relief from the Automatic Stay to Permit Movant to Continue the State Court Appeal Process and Request for*

*Rule 4001(a)(3) Waiver* (Doc. No. 295) (the "<u>Motion for Relief from Stay</u>") on an expedited basis at the hearing scheduled for a date and time as soon as convenient for the Court,

(ii) establishing the deadline to respond or object to the Motion for Relief from Stay as 4:00 p.m. Eastern Standard Time on the business day prior to the Hearing,

(iii) approving the form of notice (the "<u>Hearing Notice</u>"), and

(iv) providing that any party seeking to oppose the Motion for Relief from Stay must do so in accordance with the procedure set forth herein;

and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference entered in this District; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion for Expedited Hearing having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion for Expedited Hearing is granted as set forth herein.

2. The Motion for Relief from Stay shall be heard at the hearing scheduled for **January 18, 2024 at 12:30 p.m. Eastern Standard Time** (the "<u>Hearing</u>") in the United States Bankruptcy Court for the Southern District of Ohio, 221 East Fourth Street, Cincinnati, Ohio 45202 (Atrium Two, Suite 800, Courtroom 1).

As an alternative to attendance in-person, parties may choose to attend the Hearing telephonically. <u>However, any party attending telephonically is not permitted to present exhibits or examine or cross-examine witnesses</u>. Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Buchanan's *Instructions for Attendance of Telephonic Hearings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab.

If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

3. The Hearing Notice in substantially the form attached as **Exhibit B** to the Motion for Expedited Hearing is hereby approved.

4. **In accordance with Local Rule 9073-1, the deadline to object or respond to the Motion for Relief from Stay is shortened to and established as <u>January 17, 2024 at 4:00 p.m. Eastern Standard Time</u>.**

**If no timely responses are filed, this Court may vacate the Hearing and grant the Motion for Relief from Stay without further notice.**

5. Huntington shall serve the Motion for Relief from Stay, the Hearing Notice and this Order on the Notice Parties (as defined in the Motion for Expedited Hearing) by e-mail or overnight mail within one business day after entry hereof. Huntington shall file a Certificate of Service evidencing compliance with the service requirements set forth in this Order. Service on the Notice Parties in accordance with this Order is deemed sufficient and adequate notice under the circumstances and in full compliance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SO ORDERED.**

Distribution List:

Default List